CERTIFICATION OF DOMESTIC RECORDS
OF REGULARLY CONDUCTED ACTIVITY
Pursuant to Fed. R. Evidence 902(11)

The undersigned hereby declares, certifies, verifies, and states the following:

1. The declarant listed below is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification;

2. The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification are Bates numbered  Records for accts: 9393, 9411, 1598, 6385, Loan 3582, 1899, 7887, 3224, 5586, 5599, 2183, 1346, 6241, 9796, 0417, 0525, 0678, 5070, 7918, 3003, 6804

3. The records are originals or duplicate copies of domestic (United States) business records;

4. The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

5. The records were kept in the course of a regularly conducted business activity; and

6. The records were made by the regularly conducted business activity as a regular practice.

*I hereby declare, certify, verify, and state, under penalty of perjury, that the foregoing is true and correct.*

*BARBARA RODRIGUEZ*
Signature of Declarant

Barbara D. Rodriguez
Printed Name

Legal Clerk
Title

City National Bank of Florida
Company Name

100 S.E. 2nd Street Miami, FL 33131
Business Address

8/1/2022
Date of Declaration/Execution

EQUILIBRIUM_0003991107