**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-CR-60253-MOORE**

**UNITED STATES OF AMERICA**

**v.**

**DEAN ZUSMER,**

　　　**Defendant.**
_____/

## VERDICT FORM

1. We, the Jury, find the Defendant, Dean Zusmer, as to **Count 1** of the indictment, conspiracy

   to commit health care fraud and wire fraud in violation of 18 U.S.C. § 1349:

   _____　　　　　　_____
   　　　　　Guilty　　　　　　　　　　　　　　　　Not Guilty

   If you find the Defendant not guilty as to Count 1, please move on to Count 3. If you
   find the Defendant guilty as to Count 1, please indicate which offense the Defendant
   conspired to commit. Please remember that to return a guilty verdict as to this offense,
   you must unanimously answer "yes" on one of the three lines below.

   We, the jury, unanimously find the following to be the Objects of the Conspiracy (choose
   one):

   _____ Health Care Fraud
   _____ Wire Fraud
   _____ Both Health Care Fraud and Wire Fraud

2. We, the Jury, find the Defendant, Dean Zusmer, as to **Count 3** of the indictment, health

   care fraud in violation of 18 U.S.C. § 1347:

   _____　　　　　　_____
   　　　　　Guilty　　　　　　　　　　　　　　　　Not Guilty

3.  We, the Jury, find the Defendant, Dean Zusmer, as to **Count 6** of the indictment, conspiracy

in violation of 18 U.S.C. § 371:



_____                    _____
        Guilty                                    Not Guilty

If you find the Defendant not guilty as to Count 6, please move on to Count 8. If you find the Defendant guilty as to Count 6, please indicate which offense the Defendant conspired to commit. Please remember that to return a guilty verdict as to this offense, you must unanimously answer "yes" on one of the three lines below.

We, the jury, unanimously find the following to be the Objects of the Conspiracy (choose one):

_____   Defraud the United States
___X___   Offer and Pay Health Care Kickbacks
_____   Both Defraud the United States and Offer and Pay Health Care Kickbacks

4.  We, the Jury, find the Defendant, Dean Zusmer, as to **Count 8** of the indictment, violation

of the anti-kickback statute, 42 U.S.C. § 1320a-7b(b)(2)(A):

_____                    _____
        Guilty                                    Not Guilty

5.  We, the Jury, find the Defendant, Dean Zusmer, as to **Count 9** of the indictment, violation

of the anti-kickback statute, 42 U.S.C. § 1320a-7b(b)(2)(A):

_____                    _____
        Guilty                                    Not Guilty

6.  We, the Jury, find the Defendant, Dean Zusmer, as to **Count 12** of the indictment, violation

of the anti-kickback statute, 42 U.S.C. § 1320a-7b(b)(2)(A):

_____                    _____
        Guilty                                    Not Guilty

7. We, the Jury, find the Defendant, Dean Zusmer, as to **Count 21** of the indictment, false

statement in a health care matter in violation of 18 U.S.C. § 1035:

_____              _____
      Guilty                                         Not Guilty

**SO SAY WE ALL**

Signed:

FOREPERSON OF THE JURY

Dated:          Jan 30, 2023