

EQUILIBRIUM_0004018597